UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK J. WASHINGTON, | CASE NO. CV 06-966 PSG (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| ROY A. CASTRO, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 13, 2011

PHILIP S. GUTIERREZ
United States District Judge